IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 09-cv-02598-LTB-MJW

UNITED STATES OF AMERICA,

    Petitioner,

v.

LOUIE M. RODRIGUEZ,

    Respondent.

---

ORDER
---

As further discussed on the record at the hearing held on April 14, 2010, IT IS HEREBY ORDERED that

1. Defendant is discharged from the custody of the U.S. Marshal Service on the condition that he make an appointment and provide his records to the IRS at a date and time certain before **May 4, 2010;** and

2. A status conference is set in this case for **May 6, 2010 at 11:00 a.m.** in Courtroom 401 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: April __14__, 2010, in Denver, Colorado.

                                      BY THE COURT:

                                      __s/Lewis T. Babcock_____
                                      LEWIS T. BABCOCK, JUDGE