IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 09-cv-02598-LTB-MJW

UNITED STATES OF AMERICA,

    Petitioner,

v.

LOUIE M. RODRIGUEZ,

    Respondent.

_____

## ORDER
_____

As set forth on the record at the status hearing held on May 6, 2010, IT IS HEREBY ORDERED that

    1. A further status hearing is set for **Tuesday, May 25, 2010 at 10:30 a.m.;** and

    2. Defendant shall bring copies of all documents identified in the IRS summons to the May 25, 2010 hearing.

Dated: May 6th, 2010, in Denver, Colorado.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE