IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 09-cv-02598-LTB-MJW

UNITED STATES OF AMERICA,

        Petitioner,

v.

LOUIE M. RODRIGUEZ,

        Respondent.

_____

ORDER
_____

On March 4, 2010, this Court entered its Order finding Respondent Louie M. Rodriguez to be in civil contempt for failure to comply with the Court's November 6, 2009 Order to Show Cause, Final Enforcement Order, and February 3, 2010 Order to Show Cause. It was ordered that a warrant for his arrest be issued and served upon him by the United States Marshal's Service. The warrant was issued and served on Respondent and he appeared before the Court on April 14, 2010. At that time, Respondent assured the Court that he would comply with my order to produce the tax records at issue and that he make an appointment with Agent Ms. Ayers to produce those records at a date and time certain but no later than Tuesday, May 4, 2010. Respondent was discharged from the custody of the United States Marshal's Service upon that condition.

On May 6, 2010, Respondent appeared before the Court and the Government advised the Court that Respondent had produced some documents that day but not all pursuant to the I.R.S. Summons. Respondent requested additional time to produce the

remaining documents requested. Accordingly the Court entered its Order (Doc 24) setting further status hearing for Tuesday, May 25, 2010 at 10:30 a.m. and directing Respondent to bring all copies of all documents identified in the I.R.S. Summons to the May 25, 2010 hearing.

Respondent failed to appear on Tuesday, May 25, 2010 at 10:30 a.m. but instead called the Clerk's Office stating that he would not be at the hearing as he is still in Montrose, Colorado.

Respondent continues to be in civil contempt of this Court pursuant to the March 4, 2010 Order (Doc 15) and is additionally in civil contempt of this Court for failure to comply with this Court's May 6, 2010 Order (Doc 24).

IT IS THEREFORE ORDERED that a warrant for Respondent's arrest shall be issued and served upon Respondent by the United States Marshal's Service with further proceedings to be scheduled in this case if and when appropriate.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

DATED: May 25, 2010